IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAVEL POLINOVSKY and ILONA POLINOVSKY, and HANS-PETER BAUMEISTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE LUFTHANSA AG,<br><br>Defendant. | No. 1:11-cv-00780<br><br>Judge Sharon Johnson Coleman<br>Magistrate Judge Maria Valdez |

**AGREED MOTION TO EXTEND DATES IN SCHEDULING ORDER**

By agreement, the parties move this Court to enter the Proposed Revised Scheduling Order, attached as Exhibit A. In support thereof, the parties state as follows:

1. On February 7, 2013, the parties appeared before the Honorable Magistrate Judge Valdez for status. During that status conference, the parties requested an extension of less than 90 day of the dates set forth in the November 27, 2012 scheduling order entered by Judge Valdez. [Dkt. 100.]

2. Magistrate Valdez instructed the parties to seek such an extension from this Court.

3. To date, the parties have completed the majority of discovery in this case, including the depositions of the three named plaintiffs, numerous depositions of defendant's personnel, and the production of documents from both parties. An extension is needed because the complete production of documents has taken slightly longer than the parties anticipated and at least 10-12 remaining depositions will be scheduled following the production of additional documents. Some of those depositions will take place in Germany. The parties have

successfully worked through all discovery issues which have arisen and anticipate that this additional time will be sufficient to fully comply with their discovery obligations.

WHEREFORE, the parties respectfully request this Court to grant the extension of dates as set forth in the attached Proposed Scheduling Order.

Dated: February 8, 2013                           Respectfully submitted,


/s/ Jennifer W. Sprengel
Jennifer W. Sprengel
CAFFERTY CLOBES MERIWETHER
    & SPRENGEL LLP
30 North LaSalle Street, Suite 3200
Chicago, Illinois 60602
Telephone: (312) 782-4880

Hank Bates (AR Bar No. 167688)
Darrin L. Williams (AR Bar No. 94069)
CARNEY WILLIAMS BATES PULLIAM
    & BOWMAN, PLLC
11311 Arcade Drive, Suite 200
Little Rock, AR 72212
Telephone: (501) 312-8500
Fax: (501) 312-8505

Vladimir M. Gorokhovsky
GOROKHOVSKY LAW OFFICE, LLC
6045 North Green Bay Avenue, Suite 2A
Glendale, WI 53209
Telephone: (414) 218-1870

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAVEL POLINOVSKY, ILONA POLINOVSKY, and HANS-PETER BAUMEISTER, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | No. 1:11-cv-00780 |
| Plaintiffs, | ) ) | Judge Sharon Johnson Coleman |
| v. | ) ) | Magistrate Judge Maria Valdez |
| DEUTSCHE LUFTHANSA AG, | ) ) | |
| Defendant. | ) ) | |

## **PROPOSED REVISED SCHEDULING ORDER**

The parties, having so discussed and agreed, submit the following proposed scheduling order:

1. Discovery on the named plaintiffs' claims will continue based on the following schedule:

    a. The parties shall complete discovery as to the named plaintiffs, including depositions of the named plaintiffs, by May 1, 2013.

    b. Defendant shall file its motion(s) for summary judgment, motion(s) for judgment on the pleadings, and/or any other dispositive motion(s) with respect to the named plaintiffs' claims by May 30, 2013.

2. Class certification discovery will continue based on the following schedule:

    a. The parties shall complete fact discovery by September 26, 2013.

    b. The parties shall designate their expert witnesses on class certification issues, and provide expert reports in the form prescribed by Rule 26(a)(2), by October 14, 2013.

    c. The parties shall designate any rebuttal expert witnesses, and provide expert reports for such rebuttal experts in the form prescribed by Rule 26(a)(2), by November 4, 2013.

    d. The parties shall complete expert discovery by December 16, 2013.

    e. Plaintiffs shall file their Motion for Class Certification, together with all evidence Plaintiffs intend to use in connection with that motion, by January 10, 2014, with

       the Court to set a briefing schedule and a date for a class hearing at the presentment hearing on Plaintiff's Motion.

3. The Court shall set a further status conference at the earliest time practicable after it has rendered its class decision to determine the deadlines for any remaining discovery and a trial setting.

IT IS SO ORDERED.

 

                                                            _____
                                                            HONORABLE SHARON JOHNSON COLEMAN
                                                            United States District Judge

                                                            DATE:_____