IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAVEL POLINOVSKY, ILONA POLINOVSKY, and HANS-PETER BAUMEISTER, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | No. 1:11-cv-00780 |
| | ) | Judge Sharon Johnson Coleman |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| DEUTSCHE LUFTHANSA AG, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF PROPOSED REVISED SCHEDULING ORDER**

The parties hereby jointly move the Court for entry of the Proposed Revised Scheduling Order attached hereto as Exhibit A. In support of this Motion, the parties state as follows:

1.     The parties have been diligently working on discovery, which has involved substantial efforts to coordinate and schedule depositions of witnesses residing in Germany. Additional time is needed to complete that process. Further, defendant has been required to locate and produce supplemental data charts covering 2013 flights and expects to produce this data later this month.

2.     The current schedule culminates in the plaintiffs filing their motion for class certification on January 10, 2014. Along with adjustments to the discovery deadlines leading up to that filing, the proposed schedule only extends the deadline to file the class certification motion to January 31, 2014, amounting to a 21-day extension to the final deadline in the schedule.

WHEREFORE, the parties respectfully request that that this short extension be granted.

September 17, 2013

Respectfully Submitted,

EIMER STAHL LLP

By: /s/ Brent R. Austin
    Brent R. Austin
224 S. Michigan Avenue
Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660-7684
Facsimile: (312) 692-1718

    - and-

CONDON & FORSYTH LLP
Christopher R. Christensen
Anthony U. Battista
7 Times Square
New York, New York 10036
Telephone: (212) 894-6700
Facsimile: (212) 370-4453

*Attorneys For Defendant*
*DEUTSCHE LUFTHANSA AG*

/s/ Jennifer W. Sprengel
Jennifer W. Sprengel
CAFFERTY CLOBES MERIWETHER
  & SPRENGEL, LLP
30 N. LaSalle Street
Suite 3200
Chicago, Illinois 60602
Telephone: (312) 782-4880
Fax: (312) 782-4485

    - and -

Hank Bates
Darrin L. Williams
CARNEY BATES & PULLIAM, PLLC
11311 Arcade Drive
Suite 200
Little Rock, Arkansas 72212
Telephone: (501) 312-8500
Fax: (501) 312-8505

- and -

Vladimir M. Gorokhovsky
GOROKHOVSKY LAW OFFICE, LLC
6045 N. Green Bay Avenue, Suite 2A
Glendale, WI  53209
Telephone (414) 218-1870

*Attorneys For Plaintiffs and Proposed Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAVEL POLINOVSKY, ILONA POLINOVSKY, and HANS-PETER BAUMEISTER, on behalf of themselves and all others similarly situated, | ) ) ) ) | No. 1:11-cv-00780 |
| | ) | Judge Sharon Johnson Coleman |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| DEUTSCHE LUFTHANSA AG, | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED REVISED SCHEDULING ORDER

The parties, having so discussed and agreed, submit the following proposed scheduling order:

1.  Class certification discovery will continue based on the following schedule:

    a.  The parties shall complete fact discovery by October 25, 2013.

    b.  The parties shall designate their expert witnesses on class certification issues, and provide expert reports in the form prescribed by Rule 26(a)(2), by November 14, 2013.

    c.  The parties shall designate any rebuttal expert witnesses, and provide expert reports for such rebuttal experts in the form prescribed by Rule 26(a)(2), by December 18, 2013.

    d.  The parties shall complete expert discovery by January 17, 2013.

    e.  Plaintiffs shall file their Motion for Class Certification, together with all evidence Plaintiffs intend to use in connection with that motion, by January 31, 2014, with the Court to set a briefing schedule and a date for a class hearing at the presentment hearing on Plaintiff's Motion.

## EXHIBIT A

2.     The Court shall set a further status conference at the earliest time practicable after it has rendered its class decision to determine the deadlines for any remaining discovery and a trial setting.

IT IS SO ORDERED.


_____
JUDGE SHARON JOHNSON COLEMAN
United States District Judge


DATE:_____

2